CARSON, Respondent, v. VILLAGE OF DRESDEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Flora Carson against the Village of Dresden.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 129 App. Div. 728, 113 N. Y. Supp. 959.

WILLIAMS and ROBSON, JJ., dissent, upon the ground that the allowance by the trial

court, on the cross-examination of the witness Dalazon, of the questions to which objection was made and exception taken, was prejudicial error.